### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Thomas John Welling             CHAPTER 13
       Jolie Anne Welling fka Jolie Anne Jacobs

                           BKY. NO. 25-21022 GLT

                Debtor(s)

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                Respectfully submitted,

                /s/Denise Carlon
                Denise Carlon, Esq. (317226)
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA 19106
                412-430-3594
                bkgroup@kmllawgroup.com