IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 25-21022-GLT |
| | ) | |
| Thomas John Welling, | ) | Chapter 13 |
| Jolie Anne Welling, | ) | |
| Debtor(s) | ) | |
| | ) | Doc. No. |
| Thomas John Welling, | ) | |
| Jolie Anne Welling, | ) | |
| Movant(s) | ) | |
| | ) | |
| No Respondent, | ) | |
| | ) | |
| Respondent(s) | ) | |

CERTIFICATE OF SERVICE OF CONFIRMATION ORDER

I, David A Rice, Esq., certify under penalty of perjury that I served the above captioned Order at DN 51 on the parties at the addresses listed below on October 16, 2026 by US Postal Service First Class Mail:

Ronda Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of US Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

Thomas & Jolie Welling
221 Stevens Court
Washington, PA. 15301

ALL CREDITORS LISTED ON THE ATTACHED MATRIX.

EXECUTED ON: October 16, 2026

By: /s/ David Rice
David A Rice, Esq.
PA I.D. 50329
Rice & Associates Law Firm
75 E. Maiden St., Suite 101A
Washington, PA 15301
(724) 225-7270
ricelaw1@verizon.net

Affirm, Inc.
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108

Ally Financial, Inc
Attn: Bankruptcy
Po Box 380901
Bloomington, IL 55438

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Amex
Correspondence/Bankruptcy
Po Box 981535
El Paso, TX 79998

Burgman Chiropractic Clinic
4050 Washington Road
Canonsburg, PA 15317

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One / Kohls
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

CMC/ Canonsburgh Hospital
Foster Plaza, Building 7
661 Anderson Dr, Suite 110
Pittsburgh, PA

Collection Service Center/Advanced Surg
839 Fifth Avenue
New Kensington, PA 15068

Collection Service Center/Greater Wash R
839 Fifth Avenue
New Kensington, PA 15068

Comenity / Ann Taylor
P.O. Box 650964
Dallas, TX 75265

Comenity Bank/Victoria Secret
Po Box 659728
San Antonio, TX 78265

Credit Control
3300 Rider Trail S
Suite 500
Earth City, MO 63045

Credit Management/UPMC
2121 Noblestown Road
P.O. Box 16346
Pittsburgh, PA 15242

Debt Collection Partners
Wes Mon Bld 2
11 Commerce Dr.; Suite 208
Morgantown, WV 26501

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

Dr. Cynthia B. Hatield, DPM
40 Wilson Avenue
Washington, PA 15301

First Credit / UPMC
P.O. Box 631271
Cincinnati, OH 45263

Goldman Sachs Bank USA
Attn: Bankruptcy
Po Box 70379
Philadelphia, PA 19176

Greater Washington Radiologist
P.O. Box 951847
Cleveland, OH 44193

Internal Revenue Service
1000 Liberty Avenue
Pittsburgh, PA 15222

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101

Internal Revenue Service
Attn: Daniel Werfel, Commisioner
1111 Constitution Ave NW
Washington, DC 20224

Keystone Collections / S Strabane Twp
546 Wendel Road
Irwin, PA 15642

Kohl's
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201

Lvnv Funding/Resurgent Capital / Paypal
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603

Lvnv Funding/Resurgent Capital / Sephora
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603

Merrick Bank Corp
Po Box 9201
Old Bethpage, NY 11804

Midland Credit Management
Comenity Bread Rewards
P.O. Box 2121
Warren, MI 48090

Midland Credit Mgmt.
350 Camino De La Reinh
Suite 100
San Diego, CA 92108

Mission Lane LLC
Attn: Bankruptcy
P.O. Box 105286
Atlanta, GA 30348

PA Dept of Revenue
11 Parkway Ctr, #175
Pittsburgh, PA 15220

PenFed Gold
7940 Jones Branch Drive
Mc Lean, VA 22102

PennyMac Loan Services, LLC
Attn: Correspondence Unit
Po Box 514387
Los Angeles, CA 90051

Pentagon Federal Credit Union
Attn: Bankruptcy
2930 Eisenhower Avenue
Alexandria, VA 22314

Phoenix Financial / AHN Emergency Group
11100 USA Parkway
Suite B-100
Fishers, IN 46037

Pnc Bank, N.a.
1 Financial Pkwy
Kalamazoo, MI 49009

Quest Diagnostics
P.O. Box 825
South Windsor, CT 06074

Recoveri/US Acute Care Solutions
3400 Texoma Parkway
Suite 200
Sherman, TX

Security Credit Services
Attn: Bankruptcy
Po Box 1156
Oxford, MS 38655

Security Credit Services / PenFed
Attn: Bankruptcy
Po Box 1156
Oxford, MS 38655

South Strabane Township
900 Main Street
Bentleyville, PA 15314

Spring Oaks Capital, Llc / Mercury
Attn: Bankruptcy
P.O. Box 1216
Chesapeake, VA 23327

St Clair Medical Services
P.O. Box 1870
Cary, NC 27512

Syncb/Old Navy
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/American Eagle
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Care Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Gap
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Paypal
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Venmo
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

Synchrony/PayPal Credit
Attn: Bankruptcy
Po Box 965064
Orlando, FL 32896

Target
c/o Financial & Retail Srvs
Mailstop BT POB 9475
Minneapolis, MN 55440

Target NB
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440

TD Bank USA, NA.
Patenaude & Felix
501 Corporate Dr., Suite 205
Canonsburg, PA 15317

The Bureaus Inc / Capital One / Walmart
Attn: Bankruptcy
650 Dundee Rd, Ste 370
Northbrook, IL 60062

UPMC
2 Hot Metal Street
Room 386
Pittsburgh, PA 15203

UPMC Primary Care / Dr. Divella
1001 Waterdam Plaza Drive
McMurray, PA 15317

US Acute Care
Canonsburg Hospital AHN
P.O. Box 9820
Pompano Beach, FL 33075

Us Bk Cacs
Attn: Bankruptcy
Po Box 5229
Cincinnati, OH 45201

Vujevich Dertmatology Assoc.
100 North Wren Drive
Pittsburgh, PA 15243

Washington Health System
Attn: Billing Dept.
155 Wilson Avenue
Washington, PA 15301

Washington Health System
P.O. Box 16243
Pittsburgh, PA 15242

WebBank/OneMain
Attn: Bankruptcy
215 South State Street, Suite 1000
Salt Lake City, UT 84111